# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RAYMOND F. CORMIER,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　**Case No.  6:05-cv-15-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNCONTESTED PETITION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 (Doc. No. 24)**
>
> **FILED:** **June 15, 2006**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

By the present petition, the plaintiff Raymond Cormier seeks to recover attorney's fees and other expenses he incurred in this case pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The Court entered a final judgment in this case on March 15, 2006.  Doc. No. 23.

"EAJA applications may be filed within 30 days of a judgment becoming not appealable.  In civil cases to which a federal officer is a party, the time for appeal ends

60 days after the entry of judgment. Therefore, EAJA applications must generally be filed within 90 days of judgment being entered by a district court." *Singleton v. Apfel*, 231 F.3d 853, 855 n.4 (11th Cir. 2000) (internal quotations and citations omitted). Therefore, the last date on which the present petition could have been timely filed was June 13, 2006. The present petition is untimely.

A claimant's failure to file an EAJA application within the time required by the statute precludes a district court from considering the merits of the application. *Myers v. Sullivan*, 916 F.2d 659, 666 (11th Cir. 1990). Though Congress did not intend for the deadlines imposed by the EAJA to be traps for the unwary, this Court has no jurisdiction to consider late-filed fee applications. *Id.* at 668-69; *see also Hill v. Apfel*, No. CIV. A. 980241-AH-S, 2000 WL 718810, at *2 (S.D. Ala. May 10, 2000) (denying EAJA fee petition because it was filed thirty-one days late, thereby precluding the court's jurisdiction to consider it).

**DONE** and **ORDERED** in Orlando, Florida on June 19, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties